**Order entered March 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00087-CV

## IN RE DAVID BARNES, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and deny the motion for temporary relief as moot.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE